ACCEPTED
01-14-00389-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/27/2015 3:40:22 PM
CHRISTOPHER PRINI
CLERK

## No. 01-14-00389-CR
## No. 01-14-00390-CR
In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/27/2015 3:40:22 PM

CHRISTOPHER A. PRINE
Clerk

──────────◆──────────

## Nos. 1350501 and 1350815
In the 263rd District Court
Of Harris County, Texas

──────────◆──────────

## JOHNATHAN RENARD CASTANEDA
*Appellant*
V.
## THE STATE OF TEXAS
*Appellee*

──────────◆──────────

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

──────────◆──────────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged in cause number 1350501 with aggravated sexual assault committed on June 8, 2012 (CR1 – 12).  He was charged in cause number 1350815 with the murder of Baron Armstrong committed on June 8, 2012 (CR5 – 12).  He pled "not guilty" to the charges, and the cases were tried to a jury (CR1 – 81) (CR5 – 73).  On April 24, 2014, the jury found the appellant guilty of both offenses and sentenced him to life

in prison for the sexual assault; the trial court also sentenced him to 45 years in prison for the murder (CR1 – 81) (CR5 – 73).  The appellant filed notice of appeal the same day, and the trial court certified that he had the right to appeal (CR1 – 77) (CR5 – 85).

2. The State's brief is due on February 27, 2015.  The State hereby requests a 30-day extension for the filing of the State's brief.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. The record in this case is over 90 megabytes in length split over ten volumes and will take a large amount of time to process.

   b. The undersigned attorney is responsible for screening every bill filed in the Texas Legislature to determine its possible impact on the Harris County District Attorney's Office, and this task has consumed a large amount of time since pre-filing started in the Texas Legislature in November 2014.

   c. The undersigned attorney researched and answered by email more than 40 legal questions of trial prosecutors since the appellant filed his brief.  The undersigned attorney researched and answered even more such questions by phone during that time period.

   d. The undersigned attorney is responsible for supervising six other appellate prosecutors, and has spent a substantial amount of time reviewing the briefs of those prosecutors, attending their oral arguments, and assisting in the preparation of both during that time period.  The undersigned attorney has also been responsible for training two new appellate prosecutors, which requires more intense supervision and editing, and therefore, more of a time commitment.

e. The undersigned attorney has been involved in completing the following written appellate project since the appellant filed his brief:

    (1)      Jennifer Waite v. The State of Texas
                No. 14-13-00588-CR
                Brief filed February 3, 2015

    (2)      Terry Cox Ferguson v. The State of Texas
                No. 01-14-00247-CR
                Brief filed February 12, 2015

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Kugler_eric@dao.hctx.net
TBC No. 796910

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Jani Wood
Assistant Public Defender
Harris County, Texas
1201 Franklin, 13th Floor
Houston, Texas  77002
Jani.maselli@pdo.hctx.net

/s/  Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
TBC No. 796910

Date:  February 27, 2015